E-FILED
Wednesday, 07 October, 2009 02:01:39 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

FILED
OCT - 7 2009
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | NO. 09-CR-300__98__ |
| v. ) | |
| ) | VIO: Title 18, United States |
| MICHAEL C. FINTON, also known as ) | Code, Sections 1114(3), |
| "Talib Islam" ) | and 2332a(a) |
| ) | |
| Defendant. ) | |

# INDICTMENT

The Grand Jury charges:

## COUNT 1
### Attempt to Murder a Federal Officer or Employee

1. On or about September 23, 2009, at Springfield, Illinois, in the Central District of Illinois, the defendant,

MICHAEL C. FINTON,
also known as "Talib Islam,"

unlawfully attempted to kill, with malice aforethought, at least one federal officer and employee of the United States Government while such person was engaged in and on account of that person's performance of federal duties.

2. As a step toward and as a means of committing that offense, the defendant parked a van that he believed contained approximately a ton of explosives in front of the Paul Findley Federal Building and Courthouse, located

at 600 East Monroe Street, Springfield, Illinois, believing and intending that the detonation of that bomb would destroy the building and kill its occupants.

3. As a further step toward and as a means of committing that offense, the defendant left the van parked in front of the Federal Building and traveled to another location within Springfield where he used a cellular telephone to send a signal that he believed would detonate the bomb in the van.

4. The defendant knew that the occupants of the Paul Findley Federal Building were primarily federal officers and employees of the United States government engaged in the performance of their federal duties.

5. The defendant intended to kill those persons because of their status as federal officers and employees in the hope of thereby influencing the policy and affecting the conduct of the United States government by intimidation, coercion, and mass destruction.

All in violation of Title 18, United States Code, Section 1114(3).

## COUNT 2
### Attempt to Use a Weapon of Mass Destruction
### Against Property Owned By the United States

1. On or about September 23, 2009, at Springfield, Illinois, in the Central District of Illinois, the defendant,

> MICHAEL C. FINTON,
> also known as "Talib Islam,"

without lawful authority, knowingly attempted to use a weapon of mass destruction, namely an explosive bomb, against property owned and used by the United States, namely the Paul Findley Federal Building and Courthouse located at 600 East Monroe Street, Springfield, Illinois.

2. As a step toward and as a means of committing that offense, the defendant parked a van that he believed contained approximately a ton of explosives in front of the Paul Findley Federal Building and Courthouse, believing and intending that the detonation of that bomb would destroy the building and kill its occupants.

3. As a further step toward and as a means of committing that offense, the defendant left the van parked in front of the Federal Building and traveled to another location within Springfield where he used a cellular telephone to send a signal that he believed would detonate the bomb in the van.

All in violation of Title 18, United States Code, Section 2332a(a).

A TRUE BILL,

s/ Foreperson

FOREPERSON

s/ Patrick D. Hansen

JEFFREY B. LANG
ACTING UNITED STATES ATTORNEY

DER