E-FILED
Friday, 06 November, 2009  11:55:49 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | No. 09-cr-30098 |
| | ) | Hon. David R. Herndon, |
| vs. | ) | United States District Judge, |
| | ) | Presiding |
| MICHAEL C. FINTON, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

DAVID R. HERNDON, UNITED STATES DISTRICT COURT JUDGE:

This matter comes before the Court on the motion of the defendant, pursuant to 18 U.S.C. §§ 4241(a) and (b), for an examination to determine the Defendant's mental competency. Based upon the information proffered in the Defendant's motion and the Defendant's consent, the Court finds that there is a reasonable cause to believe that the Defendant may be suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to assist properly in his defense.

IT IS THEREFORE ORDERED, pursuant to 18 U.S.C. §§ 4241(b), that the Defendant is committed to the custody of the Attorney General for a reasonable period of time, not to exceed thirty (30) days, or for a reasonable extension not to exceed fifteen (15) days if the Defendant is committed pursuant to 18 U.S.C. § 4241, for placement in a suitable facility at which time to conduct a psychiatric and/or psychological examination to determine the Defendant's mental competency in accordance with the provisions of 18 U.S.C. § 4247. The examination shall also address the issue of the Defendant's sanity at the time of the commission of the alleged offenses.

IT IS FURTHER ORDERED that, upon completion of such examination, a psychiatric or psychological report is to be prepared and filed with the Court in accordance with the provisions of 18 U.S.C. § 4247(b) and (c), with copies provided to counsel of record for both the Defendant and the Government.

ENTER: November 5, 2009

FOR THE COURT:

/s/   *David R. Herndon*

DAVID R. HERNDON
UNITED STATES DISTRICT COURT JUDGE