IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**

**MICHAEL C. FINTON,**

**Defendant.**                                             **No. 09-CR-30098-DRH**

**ORDER**

**HERNDON, District Judge:**

Before the Court is Defendant Finton's Amended Motion to Continue the Deadline for Filing Pretrial Motions and the Jury Trial Setting (Doc. 15).[1] Defendant Finton requests an additional 90 days in which to file pre-trial motions as he is currently awaiting transfer to a Bureau of Prisons facility for court-ordered evaluations to determine his competency to stand trial and his counsel will be unable to consult with Defendant during that time in order to determine what, if any,

---

[1] The Court notes that Defendant Finton originally filed a Motion to Continue the Deadline for Filing Pretrial Motions and the Jury Trial Setting (Doc. 14). The original motion asked for a 30 day continuance for deadline for filing pretrial motions and for the trial setting. The Defendant subsequently filed an amended motion asking for a 90 day continuance as to all deadlines. Therefore, the Court **FINDS** the motion to continue at Doc. 14 **MOOT**.

pretrial motions should be filed.  The Government has no objections to either continuance.  Having considered the reasons set forth in the Motion, said Motion is **GRANTED**.  Defendant will have additional time up to and including **March 29, 2010** in which to file pretrial motions in this matter.

The Court also finds that the trial should be postponed because Defendant is currently undergoing court-ordered evaluations in order to determine Defendant's mental competency.  Under **18 U.S.C. § 3161(h)(1)(A)**, any period of delay resulting from examinations to determine a defendant's mental competency is considered excludable time under the Speedy Trial Act.  Because Defendant is currently awaiting transfer to a facility for court-ordered evaluations, the Court finds good cause to **GRANT** Defendant's Amended Motion to Continue Trial (Doc. 15).  Further, the Court finds that the trial should be postponed because Defendant has been granted additional time in which to file pretrial motions.  In addition, the Court finds that pursuant to **18 U.S.C. § 3161(h)(7)(A)**, the ends of justice served by the granting of such a continuance outweigh the interests of the public and Defendant Finton in a speedy trial.  To force a defendant to trial without adequate time to prepare would be a miscarriage of justice. Accordingly, the Court **CONTINUES** the jury trial currently scheduled for December 7, 2009 until **April 26, 2010 at 9:00 a.m.**  Further, the time from the date this motion was filed, November 18, 2009, until the date of the new trial, **April 26, 2010**, is excludable time for the purposes of speedy trial.

Should either party believe that a witness will be required to travel on the Justice Prisoner and Alien Transportation System (JPATS) in order to testify at the trial of this case, a writ should be requested at least two months in advance.

**IT IS SO ORDERED.**

Signed this 18th day of November, 2009.

/s/  David R Herndon
**District Judge**
**United States District Court**