E-FILED
Wednesday, 07 July, 2010  04:24:09 PM
Clerk, U.S. District Court, ILCD

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS
# SPRINGFIELD DIVISION

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**

**MICHAEL C. FINTON,**

**Defendant.**                                                   No. 09-CR-30098-DRH

## ORDER

**HERNDON, District Judge:**

Now before the Court is a Motion to Continue Competency Hearing (Doc. 26) filed by Defendant Michael C. Finton. Defendant Finton requests that the competency hearing currently scheduled for July 8, 2010 be continued for approximately fourteen (14) days as the parties are currently engaged in plea negotiations and anticipate executing a written plea agreement within fourteen days. Defendant Finton asks that the competency hearing be continued in order to allow the parties to complete negotiations so that a change of plea hearing could be held immediately following a competency hearing. The Government does not object to the motion. Based on the reasons in the motion, the Court **GRANTS** Defendant Finton's motion to continue competency hearing (Doc. 26). The competency hearing currently scheduled for July 8, 2010 is **CONTINUED** until **July 20, 2010 at 11:00 a.m. in**

**Courtroom 1**.

**IT IS SO ORDERED.**
Signed this 7th day of July, 2010.

/s/  DavidRHerndon

District Judge
United States District Court