# IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
### SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | No. 09-CR-30098-DRH |
| | ) | |
| MICHAEL FINTON, | ) | |
| | ) | |
| Defendant. | ) | |

## MINUTES OF IN COURT HEARING

**PRESIDING:** Hon. David R. Herndon, District Judge

**DATE:** July 20, 2010                                **PLACE:** Springfield, Illinois

**COURT REPORTER:** Laura Blatz                **COURTROOM DEPUTY:** Sandy Pannier

**COUNSEL FOR GOVERNMENT:** David Risley, Eric Long, Alamdar Shabbir Hamdani, AUSA

**COUNSEL FOR DEFENDANT:** Robert Scherschligt & Robert Alvarado, AFPD

**TIME:** 11:10 A.M. - 11:30 A.M.

---

Defendant appears in open Court with counsel. Court notes defendant has filed several pro se motions, one of which is a Petition for Dismissal of Counsel. Defendant advises Court he would like new counsel appointed to represent him but he would be willing to have new counsel added to the defense counsel that have previously appeared in this case. Court advises the defendant that a panel attorney from the Southern District of Illinois will be appointed to join in his representation in this matter.

With regard to the defendant's motion for return of property, the Court directs the U. S. Marshal or the U. S. Attorney's Office to make arrangements for the defendant to be provided with appropriate eye wear. With regard to the return of defendant's money, Mr. Risley advises that money is in the evidence vault and it will be returned to whoever the defendant designates. Court notes defendant has filed a motion requesting a copy of the docket sheet and the defendant has been provided a copy of that docket sheet in open Court today.

Defendant requests competency hearing be reset once additional counsel is appointed by this Court. Defendant presents pro se motion to Court requesting records. Court advises defendant to talk to new counsel about these type of requests as this is part of the discovery process that counsel should handle. The Court does not want to get into the practice of handling pro se motions and will leave that up to counsel to pursue.

Final pretrial conference of August 12 will be continued. The pre-trial motion deadline will also be continued. Parties are to file a motion to continue the trial of September 27.

Defendant is remanded to the custody of the U. S. Marshal.