IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**

**MICHAEL C. FINTON,**

**Defendant.**                                           No. 09-CR-30098-DRH

<u>**ORDER**</u>

**HERNDON, District Judge:**

On August 10, 2010 the Court held a hearing on Attorney Scherschligt's motion to withdraw as attorney for Defendant Finton (Doc. 35). At the hearing, the Court granted Attorney Scherschligt's motion and also ordered the appointment of additional counsel due to the complex and extended nature of the case. The Court found that the case was complex as it involved numerous issues and the discovery was voluminous. Accordingly, the Court now **APPOINTS** additional counsel for Defendant Finton from the CJA panel. The Court hereby **APPOINTS Clyde L. Kuehn** to represent Defendant Finton in this matter. Attorney Lucco will also remain as counsel for Defendant Finton.

**IT IS SO ORDERED.**

Signed this 19th day of August 2010.

/s/   *David R Herndon*
**District Judge**
**United States District Court**